UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

---

**DIRECTV, LLC**, a California Limited Liability Company,

                Plaintiff,

-against-

ERIC TAY and JAY A. DAVIS, Individually, and as officers, directors, shareholders and/or principals of KWATAY LLC, d/b/a SKYBOX SPORTS LOUNGE,

and

KWATAY LLC, d/b/a SKYBOX SPORTS LOUNGE,

                Defendants.

---

Civil Action No. **2:12-cv-02239-JCC**

**REQUEST FOR ENTRY OF DEFAULT**

TO:   WILLIAM M. McCOOL, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Please enter default of the following Defendants, ERIC TAY and JAY A. DAVIS, Individually, and as officers, directors, shareholders and/or principals of KWATAY LLC, d/b/a SKYBOX SPORTS LOUNGE, and KWATAY LLC, d/b/a SKYBOX SPORTS LOUNGE, pursuant to Rule 55(a) of the

REQUEST FOR ENTRY OF DEFAULT.   -1-

Law Offices of Michael G. Brannan
1333 N. Northlake Way, Suite E
Seattle, WA 98103
(206)448-2065

1  Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action
2  as fully appears from the Court's file herein and from the attached Affidavit of Julie Cohen Lonstein,
3  Esq.

8  Dated: March 14, 2013                             Respectfully submitted,

9      Ellenville, New York                         **DIRECTV, LLC**

                                                    By: /s/ Julie Cohen Lonstein
                                                    JULIE COHEN LONSTEIN, ESQ.
                                                    Attorney for Plaintiff
                                                    LONSTEIN LAW OFFICE, P.C.
                                                    Office and P.O. Address
                                                    80 North Main Street : P.O. Box 351
                                                    Ellenville, NY  12428
                                                    Telephone:  (845) 647-8500
                                                    Facsimile:   (845) 647-6277
                                                    Email: Legal@signallaw.com
                                                    *Our File No.  DTVZ11-10WA-01V*

                                                    By: /s/ Michael G. Brannan
                                                    MICHAEL G. BRANNAN, ESQ.
                                                    Resident Counsel
                                                    Law Offices of Michael G. Brannan
                                                    1333 N. Northlake Way, Suite E
                                                    Seattle, WA 98103
                                                    Telephone: (206)448-2065
                                                    Facsimile: (877)577-3848
                                                    Email: mgbrannan@seanet.com